Same case below, 384 Fed. Appx. 144.

**No. 10-7270. Daniel R. Musgrove, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.**

562 U.S. 1115, 131 S. Ct. 835, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9712.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7311. David S. Ware, Jr., Petitioner v. Wisconsin.**

562 U.S. 1115, 131 S. Ct. 836, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9799.

December 13, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

Same case below, 324 Wis. 2d 305, 784 N.W.2d 182.

**No. 10-7314. John C. Boyle, Petitioner v. United States, et al.**

562 U.S. 1115, 131 S. Ct. 836, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9814.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 391 Fed. Appx. 212.

**No. 10-7315. Austin Cooper, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1115, 131 S. Ct. 836, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9667,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 365 Fed. Appx. 740.

**No. 10-7346. Andrew Eli Gomez, Petitioner v. Wyoming.**

562 U.S. 1115, 131 S. Ct. 837, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9749.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 237 P.3d 393.

**No. 10-7357. Katherine Williams, Petitioner v. John E. Potter, Postmaster General.**

562 U.S. 1115, 131 S. Ct. 837, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9797,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7365. Michael J. Collins, Petitioner v. Washington Department of Labor and Industries, et al.**

562 U.S. 1115, 131 S. Ct. 837, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9782.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7380. Paul Narvios, Petitioner v. Anthony A. Lamarque, Warden.**

562 U.S. 1115, 131 S. Ct. 837, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9682.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 662.